3:23-cv-86
Groh, Trumble, Sims

FILED
MAR 2 9 2023
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

To: United States Federal Court

From: Christopher Chafin     Date: March 23rd, 2023

I am writing to this Court because I feel like my rights have been violated as well as many other inmates here at North Central Regional Jail. It is a very common practice for officers to abuse the "Use of Force" on inmates. Excessive Force has been used on me three times since being here. In my case I believe it is in Retaliation because an officer believes I was involved in stealing his minivan. I am a Pre-Trial Detainee & believe I still have my civilian rights because I haven't been convicted of any crime. Officers here at the jail abuse inmates by excessively spraying them with "OC Spray", they spray multiple inmates everyday without good cause. Officers act as if it is a "Evil Game" to spray an inmate and then write false incident reports on them and litterally laugh about it. Just last night I heard a officer qoute: "I'm just going to leave her in the cage until she does something stupid so I can

"spray her" this was officer Losh talking to a shift supervisor Sgt. Brill. and Sgt. Brill said "why don't you go ahead & spray her I don't care". Several officers were standing in a group and they all started laughing. The officers and some employees that work here all have a evil pattern of abusing this power with a malicious intention to cause severe pain and to abuse their authority. One occasion I was sprayed six times while in a locked shower all over my body including my "Private Parts" then the two officers unlocked the shower after handcuffing me behind my back and wrapped his hands around my throat & squeezed until I lost consciencenance. This was very scary and I need Injuctive Relief. I need the court to transfer me to a different jail because I am in iminent danger at this jail. Officers and even the medical staff & mental health staff even the Superintedent are included in this lawsuit and I will not be

safe at this jail. I have had false incident reports written on me & ~~bak~~ found guilty, and threatened multiple times if I file this my safety will be at risk.

Respectfully Submitted

Date: March 23, 2023  Christopher Chafin

*Christopher Chafin*