IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**CHRISTOPHER CHAFIN,**

    Plaintiff,

v.             **CIVIL ACTION NO.: 3:23-CV-86 (GROH)**

**NORTH CENTRAL REGIONAL JAIL OFFICERS,**

    Defendant.

## ORDER DISMISSING CASE

On March 29, 2023, the pro se Plaintiff initiated the above-styled civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. Upon docketing the complaint, the Clerk issued a Notice of Deficient Pleading and Intent to Dismiss, which instructed the Plaintiff that this action will be dismissed without prejudice in 30 days because the Plaintiff did not submit his pleading on the Court-approved form. ECF No. 2. On May 2, 2023, the Plaintiff re-filed his complaint, as directed, in an action docketed as 3:23-CV-114.

Accordingly, it is **ORDERED** that 3:23-CV-86 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court. It is further **ORDERED** that the Plaintiff's motions [ECF Nos. 5, 7] are **TERMINATED as MOOT**.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the pro se Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: May 11, 2023

GINA M. GROH
UNITED STATES DISTRICT JUDGE